UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
F I L E D

NOV 18 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                        INDICTMENT NO. 5:20-CR-134-DCR
                                          8 U.S.C. § 1326(a)

NARCISO MENDOZA-MENDOZA

\*     \*     \*     \*     \*

THE GRAND JURY CHARGES:

On or about October 19, 2020, in Fayette County, in the Eastern District of

Kentucky,

**NARCISO MENDOZA-MENDOZA,**

an alien, was found in the United States after having been removed or deported therefrom

on or about May 30, 2010, and not having obtained the express consent of the Secretary

of Homeland Security to re-apply for admission to the United States, all in violation of 8

U.S.C. § 1326(a).

A TRUE BILL

████████████████████

FOREPERSON

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## <u>PENALTIES</u>

Not more than 2 years imprisonment, not more than a $250,000 fine, and not more than 1 year supervised release.

**If the defendant was previously deported or removed from the United States after sustaining three or more misdemeanor convictions involving drugs, crimes against the person, or both, or a conviction for a felony offense (other than an aggravated felony as defined in 8 U.S.C. § 1101 (a)(43)),** the term of imprisonment is not more than 10 years, a fine of not more than $250,000, and a supervised release term of not more than 3 years.

**If the defendant was previously deported or removed after an aggravated felony conviction as that term is defined in 8 U.S.C. § 1101(a)(43),** the term of imprisonment is not more than 20 years, a fine of not more than $250,000, and a term of supervised release of not more than 3 years.

**PLUS:**      Mandatory special assessment of $100.

**PLUS:**      Restitution, if applicable.